

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-14-00048-CV

America Amada **GONZALEZ** and Jaime Christina Garza McRae,
Appellants

v.

Jose Gilberto **PENA**, Et Ux.,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-10-359
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

Julian Alderette's notification of late reporter's record is hereby NOTED. The Reporter's Record is due to be filed on or before March 31, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court